UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN NOBLE, individually and on behalf of Decedent, DYLAN NOBLE, as Successor-in-Interest to the Estate of Dylan Noble,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO, and the CITY OF FRESNO POLICE DEPARTMENT, RAYMOND CAMACHO, ROBERT CHAVEZ, and DOES 1 thru 50,<br><br>Defendants. | Nos. 1:16-cv-01690-DAD-BAM |
| VERONICA NELSON, individually and behalf of Decedent, DYLAN NOBLE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO, and the CITY OF FRESNO POLICE DEPARTMENT, RAYMOND CAMACHO, ROBERT CHAVEZ, and DOES 1 thru 50, Defendants. | 1:16-cv-01**75**4-DAD-BAM<br><br><br><u>ORDER CONSOLIDATING CASES</u> |

/////

/////

1

Before the court is the parties' stipulation to consolidate the following related cases:

- *Veronica Nelson, et. al., v. City of Fresno, et. al.*, (Case No. 1:16-cv-01754-DAD-BAM); and

- *Darren Noble, et. al., v. City of Fresno, et. al.* (Case No. 1:16-cv-01690-DAD-BAM). (Case No. 1:16-cv-00137-DAD-BAM, Doc. No. 10.)

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." In exercising its discretion, the court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984). Here, the court finds that the related actions involve the same or similar parties, claims and questions of fact or law, and that consolidation will avoid unnecessary costs and duplication of proceedings. Thus, good cause exists to grant the parties' stipulation.

Accordingly,

1. The above-referenced related cases shall be consolidated for all purposes, including trial, pursuant to Rule 42(a);

2. The Clerk of Court is directed to file this order in each of the above-referenced related cases;

3. Going forward, the parties and the Clerk of the Court are directed to file documents under only the lead case numbers. Future captions should indicate the lead case number followed by the remaining member case number as follows:

   **Lead Case:**     1:16-cv-01690-DAD-BAM

   **Member Case:**   1:16-cv-01754-DAD-BAM

IT IS SO ORDERED.

Dated:   **February 9, 2017**

_____
UNITED STATES DISTRICT JUDGE

2