# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN NOBLE, et al., | Case No. 1:16-cv-01690-DAD-BAM |
| Plaintiffs, | ORDER SETTING SETTLEMENT CONFERENCE FOR JULY 18, 2018 |
| v. | |
| CITY OF FRESNO, et al., | |
| Defendants. | |

On May 10, 2018, an informal teleconference was conducted by the undersigned for the parties to discuss ground rules for the settlement conference. On May 11, 2018, the parties filed a stipulation for a settlement conference to be conducted before the undersigned. Accordingly, a settlement conference is set for **July 18, 2018, at 8:30 a.m. in Courtroom 9 (SAB)**.

Pursuant to the stipulation of the parties, counsel Bruce Praet and Defendants Raymond Camacho and Robert Chavez will not be present for the settlement conference. All other counsel and parties are required to attend the settlement conference.

*Confidential Settlement Conference Statement:* At least seven (7) court days prior to the Settlement Conference, the parties shall submit a Confidential Settlement Conference Statement directly to Judge Boone's chambers by e-mail to SABOrders@caed.uscourts.gov. The statement **should not be filed** with the Clerk of the Court **nor served on any other party**, although the parties may file a Notice of Lodging of Settlement Conference Statement. Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated

1

prominently thereon.

The Confidential Settlement Conference Statement shall include the following:

A. A brief statement of the facts of the case.

B. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

C. An estimate of the cost and time to be expended for further discovery, pretrial and trial.

D. The relief sought.

E. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

F. The plaintiffs statement shall include a detail of damages to support their settlement demand, including a justification for the amount of the demand.

G. The parties shall state whether they intend to file a dispositive motion and the basis upon which the motion would rest.

The Court will vacate the settlement conference if the Court finds the settlement conference will be neither productive nor meaningful to attempt to resolve all or part of this case. As far in advance of the settlement conference as possible, a party shall inform the Court and other parties that it believes the case is not in a settlement posture so the Court may vacate or reset the settlement conference. Otherwise the parties shall proceed with the settlement conference in good faith to attempt to resolve all or part of the case.

IT IS SO ORDERED.

Dated: **May 15, 2018**

_____
UNITED STATES MAGISTRATE JUDGE