1  Mildred K. O'Linn (State Bar No. 159055)
      *mko@manningllp.com*
2  Tony M. Sain (State Bar No. 251626)
      *tms@manningllp.com*
3  Lynn L. Carpenter (State Bar No. 310011)
      *llc@manningllp.com*
4  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
5  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
6  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999

7

8  Attorneys for Defendants,
   CITY OF FRESNO (erroneously named
   as two separate parties as "CITY OF
9  FRESNO" and "CITY OF FRESNO
   POLICE DEPARTMENT"); and
10 RAYMOND CAMACHO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DARREN NOBLE, individually, and on behalf of Decedent, DYLAN NOBLE; DARREN NOBLE, as Successor-in-Interest to the Estate of Dylan Noble,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF FRESNO; CITY OF FRESNO POLICE DEPARTMENT; RAYMOND CAMACHO; ROBERT CHAVEZ; and DOES 1 to 25, inclusive,<br><br>            Defendants.<br><br>VERONICA NELSON, individually and on behalf of Decedent, DYLAN NOBLE<br><br>            Plaintiff,<br><br>      v. | Lead Case No. 1:16-cv-01690-DAD-BAM<br><br>Member Case No. 1:16-cv-01754-DAD-BAM<br><br>[U.S. District Judge Dale A. Drozd; U.S. Magistrate Judge Barbara A. McAuliffe]<br><br>**NOTICE OF LODGING OF DEFENDANTS' CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>Action Filed:   10/14/2016<br>Trial Date:      06/25/2019 |

| | |
|---|---|
| CITY OF FRESNO; CITY OF FRESNO POLICE DEPARTMENT; RAYMOND CAMACHO; ROBERT CHAVEZ; and DOES 1 to 25, inclusive,<br><br>        Defendants. | |

**TO PLAINTIFFS AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Defendants CITY OF FRESNO (erroneously named as two separate parties as "CITY OF FRESNO" and "CITY OF FRESNO POLICE DEPARTMENT"); and RAYMOND CAMACHO ("defendants") hereby provide notice of lodging of Defendants' confidential settlement conference statement in advance of the Court's settlement conference set for July 18, 2018, at 8:30 a.m., before U.S. Magistrate Judge Stanley Boone. On this date defendants' confidential settlement conference statement was sent via email to Judge Boone's chambers [*see* Doc. 60].

DATED: July 9, 2018         **MANNING & KASS**
                            **ELLROD, RAMIREZ, TRESTER LLP**


                            By:     /s/ Lynn L. Carpenter
                            ───────────────────────────────
                            Mildred O'Linn
                            Tony M. Sain
                            Lynn L. Carpenter
                            Attorneys for Defendants,
                            CITY OF FRESNO (erroneously named as two separate parties as "CITY OF FRESNO" and "CITY OF FRESNO POLICE DEPARTMENT"); and RAYMOND CAMACHO