# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN NOBLE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF FRESNO, et al.,<br><br>    Defendant. | Case No. 1:16-cv-01690-DAD-BAM<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY DAYS |

The Court conducted a settlement conference in this action on July 27, 2018, at which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;

2. The parties shall file dispositional documents within thirty (30) days of the date of entry of this order; and

3. The Court shall retain jurisdiction under the terms set forth in the settlement agreement.

IT IS SO ORDERED.

Dated:  **July 27, 2018**

UNITED STATES MAGISTRATE JUDGE

1