Mildred K. O'Linn (State Bar No. 159055)
  *mko@manningllp.com*
Tony M. Sain (State Bar No. 251626)
  *tms@manningllp.com*
Lynn L. Carpenter (State Bar No. 310011)
  *llc@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants,
CITY OF FRESNO (erroneously named as two separate parties as "CITY OF FRESNO" and "CITY OF FRESNO POLICE DEPARTMENT"); and OFFICER RAYMOND CAMACHO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| DARREN NOBLE, individually, and on behalf of Decedent, DYLAN NOBLE, as Successor-in-Interest to the Estate of Dylan Noble,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO, and the CITY OF FRESNO POLICE DEPARTMENT, RAYMOND CAMACHO, ROBERT CHAVEZ, and DOES 1 thru [sic] 50,<br><br>Defendants.<br><br>VERONICA NELSON, individually and on behalf of Decedent, DYLAN NOBLE<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO, et al,<br><br>Defendants. | *Lead Case No.* 1:16-cv-01690-DAD-BAM<br>[*Consolidated With: Member Case No.* 1:16-cv-01754-DAD-BAM]<br>[*Hon. Dale A. Drozd, District Judge; Hon. Barbara A. McAuliffe, Magistrate J.*]<br><br>**STIPULATION AND JOINT REQUEST FOR ORDER DISMISSING PLAINTIFFS' CLAIMS AND ENTIRE CIVIL ACTION WITH PREJUDICE**<br><br>[Proposed Order Filed Concurrently Herewith]<br><br>Action Filed: 10/14/2016<br>Trial Date: 06/25/2019 |

1

**TO THE HONORABLE COURT:**

By and through their counsel of record in this action, plaintiffs DARREN NOBLE and VERONICA NELSON (collectively hereafter as "Plaintiffs") and defendants CITY OF FRESNO, RAYMOND CAMACHO, and ROBERT CHAVEZ ("Defendants") - the parties - hereby stipulate for the purpose of jointly requesting that the honorable Court dismiss all of Plaintiffs' claims and the entire civil action with prejudice as follows:

### GOOD CAUSE STATEMENT.

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.

2. The parties have reached a settlement of this matter, and Plaintiffs have executed a release of claims that resolves all claims, including attorneys' fees and costs arising out of this action.

3. In light of the foregoing, the parties hereby stipulate that there is Good Cause to dismiss with prejudice the entire action and all claims and parties therein.

### STIPULATION FOR DISMISSAL.

4. Therefore, in light of all of the foregoing, the parties hereby stipulate to, and respectfully request that the Court issue an appropriate Order giving effect to the following dismissals with prejudice as to all of Plaintiffs' claims in this action:

5. Plaintiffs hereby stipulate (and the signatory parties stipulate) to dismiss with prejudice all Plaintiffs' claims against all Defendants in their entirety.

6. To the extent that Plaintiffs allege any other claims against any other parties or DOES in this action, Plaintiffs hereby stipulate to dismiss with prejudice any and all such claims and causes of action.

7. Plaintiffs hereby stipulate and respectfully request that the Court issue an Order to dismiss with prejudice the entire action – including all claims by all Plaintiffs

against any and all Defendants, DOES and/or parties thereto, including all claims against any parties to the above entitled lawsuit.

8. This Stipulation may be signed in counterpart and a facsimile or electronic signature shall be as valid as an original signature.

**IT IS SO STIPULATED.**

DATED:  August 17, 2018          **BARADAT & PABOOJIAN**

By:   /s/ Warren Paboojian
Warren R. Paboojian, Esq.
Adam B. Stirrup, Esq.
Attorneys for Plaintiff, DARREN NOBLE

DATED:  August 17, 2018          **CHANDLER LAW**

By:   /s/ Stuart Chandler
Stuart R. Chandler, Esq.
Attorney for Plaintiff, VERONICA NELSON

DATED: August 17, 2018 **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By: _____/s/ Mildred O'Linn_____
    Mildred K. O'Linn, Esq.
    Tony M. Sain, Esq.
    Lynn L. Carpenter, Esq.
Attorneys for Defendants,
CITY OF FRESNO and OFFICER
RAYMOND CAMACHO


DATED: August 17, 2018 **FERGUSON, PRAET, & SHERMAN**


By: _____/s/ Bruce Praet_____
Bruce D. Praet, Esq.
Attorney for Defendant, OFFICER
ROBERT CHAVEZ